IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:24-cr-111 |
| BOBBY EDWARD CREWS, JR., | |
| Defendant. | |

## **O R D E R**

The Plea Agreement, having been considered by the Court in conjunction with the interrogation by the Court of the Defendant and the Defendant's attorney at a hearing on the Defendant's motion to change his plea and the Court finding that the plea of guilty is made freely, voluntarily and knowingly, it is thereupon, ORDERED that the plea of guilty by Defendant be, and it is, hereby accepted.

Additionally, pursuant to Federal Rules of Criminal Procedure 11(c)(1)(C) and (c)(3)(A), the Court deferred its decision on the Plea Agreement entered on the record of this case on December 3, 2024, (doc 18), until the Court reviewed the presentence report.  Having now reviewed the final presentence investigation report, (doc. 26), it is ORDERED that the Plea Agreement is hereby accepted, ratified, and confirmed.

**SO ORDERED**, this 6th day of March, 2025.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA