**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **v.** | **)** | **Case No. 4:24-CR-111** |
| | **)** | |
| **BOBBY EDWARD CREWS-COUCH** | **)** | |
| | **)** | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on or about December 3, 2024, Bobby Edward Crews-Couch (the "defendant") entered a plea of guilty to the offense charged in Count One of the above-captioned Information, charging a violation of 18 U.S.C. § 1470 (Docs. 1 and 20);

WHEREAS, on February 7, 2025, this Court entered a Preliminary Order of Forfeiture ("Preliminary Order") pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, finding that the following:

- A Samsung SM-S918U mobile telephone bearing the serial number R5CW21V1XRN; and

- A Kel-Tec P-11 nine-millimeter handgun bearing the serial number AQA27 and the associated magazine and ammunition

(the "Subject Property") was property forfeitable to the United States (Doc. 23);

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning February 12, 2025, through and including March 13, 2025 (Docs. 36 and 36-1 at 3); and

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Subject Property and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 18 U.S.C. §§ 1467 and 924(d), and 28 U.S.C. § 2461(c), and the Preliminary Order, all right, title, and interest in the Subject Property is hereby condemned, forfeited, and vested in the United States of America.

IT IS FURTHER ORDERED that the United States Marshals Service, or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Subject Property in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Southern District of Georgia shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

**SO ORDERED**, this 4th day of June, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2